# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| MARIA ANN COX, | : | Case No. 1:18-cv-399 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 19)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on May 11, 2020, submitted a Report and Recommendation. (Doc. 19). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, for the reasons stated above:

1. The Report and Recommendation (Doc. 19) is **ADOPTED**;

2. Plaintiff's motion for an award of attorney fees (Doc. 18), as construed under 42 U.S.C. § 1383(d), is **GRANTED**;

3. Plaintiff's motion for an award of Equal Access to Justice Act fees (Doc. 17) is **DENIED** as moot;

4. Counsel is **AWARDED** a net fee of $2,957.25, for the reasons set forth in the Report and Recommendation (Doc. 19); and

5. This case shall remain **CLOSED** upon the docket of this Court.

**IT IS SO ORDERED.**

Date: 6/17/2020          *s/Timothy S. Black*
                         Timothy S. Black
                         United States District Judge